**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02819-RPM

ROBERT DURAN,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA,

      Defendant.
_____

**ORDER EXTENDING TIME TO FILE RESPONSE OUT OF TIME**
_____

      Upon review of Plaintiff Duran's Unopposed Motion for Leave to File Out of Time His Response to Defendant's Motion to Reassign Case to "AP" Docket [11], filed April 2, 2012, it is

      ORDERED that the motion is granted and plaintiff's response tendered as Document No. 10 is accepted for filing.

      Dated: April 3rd, 2012.

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge