**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02819-RPM

ROBERT DURAN,

    Plaintiff,
v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____

**ORDER VACATING ORDERS IN COURTROOM MINUTES OF APRIL 10, 2012**
_____

    At the scheduling conference held on April 10, 2012, counsel for the plaintiff and defendant referred to other civil actions pending before other judges this court as 11-cv-02817-CMA-CBS, 11-cv-02550-WYD-MJW, 11-cv-02584-MSK-CBS, and 12-cv-00876-JLK.  Those civil actions have now been reassigned to enable a coordinated approach to the case management of all of the actions and after review of the records in the reassigned cases, it is apparent that orders previously entered should be vacated and that the question of class certification alleged in the complaint in Civil Action No. 11-cv-02584-MSK-CBS must be considered.  The administrative record has been filed in Civil Action 11-cv-02817-CMA-CBS and the administrative record is to be filed in this case by May 9, 2012.  In anticipation of orders coordinating the procedures to be followed in all five civil actions, it is now

    ORDERED that with the exception of the order for filing the administrative record in this case, the orders in the courtroom minutes of the conference of April 10, 2012, are vacated.

Dated: April 23rd, 2012.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge