IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02819-RPM

ROBERT DURAN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## JUDGMENT FOR ATTORNEY'S FEES

    Pursuant to the Order Awarding Attorney's Fees entered July 17, 2014, by Senior District Judge Richard P. Matsch in *Kevin Stringer et al. v. United States of America,* Civil Action No. 11-cv-02584-RPM, it is

    ORDERED that Judgment is entered in the amount of $5,000 in favor of Plaintiff Robert Duran for his attorney's fees in this action.

    DATED: July 17, 2014

                                          FOR THE COURT:

                                          JEFFREY P. COLWELL, CLERK

                                              s/M. V. Wentz
                                    By_____
                                                  Deputy